**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JS-6

| | |
|---|---|
| MARIO CARPINELLI,<br><br>    Plaintiff,<br><br>    vs.<br><br>MANDARICH LAW GROUP, a limited liability partnership; CACH, a limited liability company; and DOES 1-10,<br><br>    Defendants. | Case No.: 5:14-cv-01701-DDP-DTB<br><br>**COURT ORDER AS TO PLAINTIFF'S REQUEST TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>**[LINK TO DOCKET NUMBER 13]** |

**ORDER AS TO REQUEST TO DISMISS**

Plaintiff's REQUEST TO DISMISS THE ENTIRE ACTION WITH PREJUDICE is GRANTED. The EX PARTE APPLICATION (docket number 11) is VACATED as MOOT.

**IT IS SO ORDERED.**

Dated: September 19, 2014

_____

UNITED STATES DISTRICT JUDGE

1